IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JUL 8 2025 PM 3:58
FILED-USDC-NDTX-FW

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL ROLANDO SANCHEZ ESTRADA (01) | No. 4:25-MJ-451 |

## WARRANT FOR ARREST

TO:   The United States Marshal and
      Any Authorized Officer of the United States

   YOU ARE HEREBY COMMANDED to arrest **Daniel Rolando Sanchez Estrada** and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Tampering with Evidence in an Official Proceeding**, in violation of 18 U.S.C. §1512(c); and **Conspiracy to Tamper with Evidence in an Official Proceeding** in violation of 18 U.S.C. § 1512(k).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 7th day of July 2025.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at: _____

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST:<br>7/8/25 | Blake Thomas<br>FBI Special Agent | *[signature]* Blake Thomas |