AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN                    DISTRICT OF                    TEXAS, FORT WORTH

UNITED STATES

V.

Daniel Rolando Estrada Sanchez

## EXHIBIT AND WITNESS LIST

Case Number: 4:25-MJ-451

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JEFFREY L. CURETON | FRANK GATTO | MICHAEL LEHMANN |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/10/25 Preliminary & Detention | Debbie Saenz | J. HARWELL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 3-5 | | 7/10/2025 | YES | YES | Photos |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| 1 | | 7/10/25 | Yes | Yes | Video |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| 2 | | 7/10/25 | Yes | Yes | Audio |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| 6 | | 7/10/25 | Yes | Yes | Photo |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages











Tactical Lessons from the Global Civil War
Vol.1

# WAR IN THE
# STREETS



February 2014 / Barcelona



# Another Critique of Insurrectionalism













Safety Plan

Warning signs
- Dissociation (SP issues)
- Non verbal          - Holding Breath
- Shaking             - Fetal Position
- Crying              - Screaming

Coping Skills
- Fresh air
- Cold water/Drink/Shower
- Physical Touch

Who to turn to?
- my Partner
- my Kid
- Mental health hotline
- Friends

                    - Mom



INDUSTRIAL VISUALIZE COLLAPSE